### SKEEN v. FOSTER et al.
### No. 9616.

Court of Civil Appeals of Texas. San Antonio.

Feb. 6, 1935.

Albert W. Searcy, of Corpus Christi, for appellant.

H. S. Bonham, Tom S. Henderson, Jr., and C. D. Johns, all of Corpus Christi, for appellees.

MURRAY, Justice.

Appellees have filed a motion herein confessing error. It appears that the judgment herein was rendered on a Sunday. Appellees now agree that this was reversible error.

Accordingly, the judgment of the trial court will be reversed and the cause remanded for a new trial.